UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>                                  Petitioner,<br><br>v.<br><br>WARDEN FISHER, Valley State Prison,<br><br>                                  Respondent. | Case No.: 21-CV-1395 JLS (AHG)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS** |

On August 3, 2021, Petitioner Pedro Rodriguez, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Eastern District of California. *See* ECF No. 1. On August 4, 2021, the case was transferred to this District and assigned to this Court. *See* ECF Nos. 2–4.

Petitioner has failed either to (1) pay the $5.00 filing fee or (2) move to proceed *in forma pauperis*. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed *in forma pauperis*, the Court **DISMISSES** the case **WITHOUT PREJUDICE**. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must file, no later than October 19, 2021, a copy of this Order with either (1) the $5.00 fee or (2) adequate proof of his inability to pay the fee. **The Clerk**
/ / /

1 | *of the Court SHALL SEND a blank Southern District of California* **in Forma Pauperis**
2 | *Application to Petitioner along with a copy of this Order.*
3 |   **IT IS SO ORDERED.**
4 | Dated: August 18, 2021
5 |
6 |             Hon. Janis L. Sammartino
            United States District Judge