UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>                     Petitioner,<br>v.<br><br>WARDEN FISHER,<br><br>                    Respondent. | Case No.: 21-cv-01395-JLS-AHG<br><br>**ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>**[ECF No. 6]** |

On August 3, 2021, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Eastern District of California. (ECF No. 1.) On August 4, 2021, the case was transferred to the Southern District of California. (ECF No. 2.)

On August 18, 2021, this Court dismissed the case without prejudice because Petitioner had failed to either pay the $5.00 filing fee or move to proceed *in forma pauperis* ("IFP"). (ECF No. 5.) Petitioner was given until October 19, 2021, to either pay the filing fee or submit adequate proof of his inability to pay. (*Id.*)

On September 10, 2021, Petitioner filed a Motion to Proceed IFP. (ECF No. 6.) The certified trust account statement attached to Petitioner's motion shows that he has $0.00 on account at the correctional institution where he is presently confined and cannot afford the $5.00 filing fee. (*Id.* at 7.)

///

1

1  Accordingly, the Court hereby **GRANTS** Petitioner's Motion to Proceed IFP and
2  allows him to prosecute the above-referenced action without being required to prepay fees
3  or costs and without being required to post security.  The Clerk of the Court shall file the
4  Petition for Writ of Habeas Corpus without prepayment of the filing fee.
5      **IT IS SO ORDERED.**
6  Dated:  September 17, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge