UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>        Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary,<br><br>        Respondent. | Case No.: 3:21-cv-01395-JLS-AHG<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

  Petitioner, a state prisoner proceeding *pro se*, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. At the time of filing, Petitioner was apparently housed at Valley State Prison and thus named "Warden Fisher" as Respondent. Based on the notice of change of address Petitioner submitted to the Court on October 22, 2021, it appears Petitioner is no longer housed at Valley State Prison; rather, it appears he is presently incarcerated at the San Diego County Jail as a state prisoner. *See* ECF No. 12.

  A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte

1 **ORDERS** the substitution of Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "Warden Fisher." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

The Clerk of the Court will modify the docket to reflect "Kathleen Allison, Secretary" as respondent in place of "Warden Fisher."

**IT IS SO ORDERED.**

Dated:  October 25, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge