# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>                                      Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary,<br><br>                                      Respondent. | Case No.: 3:21-cv-01395-JLS-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER, and**<br><br>**(2) ISSUING AMENDED SCHEDULE REQUIRING RESPONSE TO PETITION (28 U.S.C. § 2254)**<br><br>**[ECF No. 24]** |

      Before the Court is Respondent's *Ex Parte* Motion for Extension of Time to File Answer to Petition for Writ of Habeas Corpus. ECF No. 24. Respondent requests a 30-day extension to the operative briefing schedule (ECF No. 16). ECF No. 24 at 3. Respondent represents to the Court that she needs additional time to answer the petition because of counsel's workload and a forthcoming motion to dismiss in a related case. *Id*. at 3. Good cause appearing, the Court **GRANTS** Respondent's Motion for Extension, and will issue the following amended briefing schedule regarding the Petition. In accordance with Rule 4

of the rules governing petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and upon a preliminary review of the Petition, **IT IS ORDERED** that:

1. If Respondent does not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent must file and serve an answer to the Petition, and a memorandum of points and authorities in support of such answer, pursuant to Rule 5 of the Rules Governing § 2254 Cases **no later than February 7, 2022**. At the time the answer is filed, Respondent must lodge with the Court all records bearing on the merits of Petitioner's claims. The lodgments must be accompanied by a notice of lodgment which must be captioned "Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office." Respondent must not combine separate pleadings, orders or other items into a combined lodgment entry. Each item must be numbered separately and sequentially.

2. Petitioner may file a traverse to matters raised in the answer **no later than March 11, 2022**. Any traverse by Petitioner (a) must state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) must be limited to facts or arguments responsive to matters raised in the answer; and (c) must not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered. No traverse can exceed ten (10) pages in length absent advance leave of Court for good cause shown.

3. A request by a party for an extension of time within which to file any of the pleadings required by this Order must be made at least seven (7) days in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause. Any such request must be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

4. Unless otherwise ordered by the Court, this case will be deemed submitted on the day following the date Petitioner's traverse is due.

5. Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing

party, if such party is not represented by counsel).  Any document delivered to the Court without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

      6.    Petitioner must immediately notify the Court and counsel for Respondent of any change of Petitioner's address.  If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  January 5, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge