# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>                  Petitioner,<br><br>v.<br><br>WARDEN FISHER, et al.,<br><br>                  Respondents. | Case No.: 21-CV-1395 JLS (AHG)<br><br>**ORDER DIRECTING REPORTER'S TRANSCRIPT TO BE LODGED** |

On August 3, 2021, Petitioner filed a Petition for Writ of Habeas Corpus in this Court. *See* ECF No. 1. Respondent filed an Answer, a Memorandum of Points and Authorities in Support of the Answer, and Lodgments on February 14, 2022, and Petitioner filed a Traverse on March 7, 2022. *See* ECF Nos. 35, 35-1, 36 & 42. The Reporter's Transcript was not lodged, but Respondent stated it would be lodged immediately upon the Court's request. *See* ECF No. 36 at 2. Accordingly, the Court **DIRECTS** Respondent to lodge the Reporter's Transcript *no later than* <u>August 19, 2022</u>. *See* Rules Governing

///
///
///
///
///

§ 2254 Cases, Rule 5(c) ("The judge may order that the respondent furnish other parts of existing transcripts.").

**IT IS SO ORDERED.**

Dated:  August 9, 2022

Hon. Janis L. Sammartino
United States District Judge